UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the matter of:

Laurestine Hatchett,   Case No. 17-45163-MBM
   Chapter 7
             Debtor.   /   Hon. Marci B. McIvor

Homer W. McClarty, Chapter 7 Trustee,

             Plaintiff,
vs.   Adv. Pro. No. 17-04669

Ayanna Hatchett, Co-Conservator and
Co Guardian, Franklin Hatchett,
Co-Conservator, Ayanna Hatchett, individually
and Franklin Hatchett, individually,

             Defendant.   /

**ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT AND DISMISSING COUNT I
OF PLAINTIFF'S COMPLAINT**

For the reasons set forth on the record at a hearing held on June 5, 2018;

IT IS HEREBY ORDERED that Plaintiff's Motion for Partial Summary Judgment as to Count I of Plaintiff's Complaint is DENIED.

IT IS FURTHER ORDERED that Count I of Plaintiff's Complaint against Defendants, Ayanna Hatchett and Franklin Hatchett, is DISMISSED.

**Signed on June 05, 2018**



/s/ Marci B. McIvor
**Marci B. McIvor
United States Bankruptcy Judge**